ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Latonya Jackson,

Plaintiff(s),

v.

Kraft Heinz Foods Company,

Defendant(s).

Case No.  21 cv 5219
Judge Charles Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

       which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

─────────────────────────────────────────────

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

─────────────────────────────────────────────

☐     other:

─────────────────────────────────────────────

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Charles Norgle on a motion to dismiss [11].

Date:  8/3/2022

Thomas G. Bruton, Clerk of Court

Marlan Cowan, Deputy Clerk